UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA           )
                                   )     Case No. 4:10-cr-30
v.                                 )
                                   )     MATTICE / LEE
JUSTIN GRAY                         )

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the fourteen-count

Indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant

shall remain in custody until sentencing in this matter [Doc. 313].  Neither party filed a timely

objection to the report and recommendation.  After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS**

the magistrate judge's report and recommendation [Doc. 313] pursuant to 28 U.S.C. § 636(b)(1) and

**ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

        Indictment; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, April 18, 2011 at 2:00 p.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

            */s/Harry S. Mattice, Jr.*
            HARRY S. MATTICE, JR.
            UNITED STATES DISTRICT JUDGE